■  In the Matter of ROBERT JONES, Appellant, v KEVIN P. HICKEY, as Assistant Attorney General of the State of New York, Respondent. [3 NYS3d 656]—

Egan Jr., J. Appeal from a judgment of the Supreme Court (Elliott III, J.), entered October 22, 2013 in Greene County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding seeking to revisit the denial of a prior application for a writ of habeas corpus.* Supreme Court granted respondent's motion to dismiss the petition and petitioner now appeals.

We affirm. Inasmuch as the relief requested by petitioner is outside the scope of a CPLR article 78 proceeding, Supreme Court properly dismissed the petition upon that ground (see CPLR 7803). Moreover, to the extent that Supreme Court treated the petition as a motion to renew, we agree that petitioner failed to demonstrate that the alleged newly discovered evidence underlying the motion "could not have been discovered sooner through the exercise of due diligence and that it would likely produce a different result" (*Matter of Vega v Fischer*, 108 AD3d 955, 955 [2013], *lv dismissed* 22 NY3d 953 [2013]; *see* CPLR 2221). Petitioner's remaining claims have been considered and found to be without merit.

McCarthy, J.P., Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.

---

* Subsequently, this Court affirmed the judgment denying petitioner's application for the writ of habeas corpus (*People ex rel. Jones v Martuscello*, 111 AD3d 1184 [2013], *appeal dismissed* 23 NY3d 957 [2014]).